IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JOY CASTRO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No.: 2:10-cv-02591-SHM |
| | ) |
| AMERICAN CAPITAL ASSOCIATES, | ) |
| LLC., DOUGLAS J. MACKINNON, SR., | ) |
| AND MICHAEL T. SZCZYGIEL, | ) |
| | ) |
| Defendants. | ) |

**ORDER DISMISSING DEFENDANT DOUGLAS J. MACKINNON, SR.
WITHOUT PREJUDICE**

Before the Court is plaintiff's December 1, 2010, motion to dismiss without prejudice defendant Douglas J. MacKinnon, Sr. (D.E. 10). For good cause shown, the motion is GRANTED. The defendant Douglas J. MacKinnon, Sr is hereby dismissed from this cause without prejudice.

It is so ORDERED this  1st  day of December, 2010.

                        s/Samuel H. Mays, Jr.
                        SAMUEL H. MAYS, JR.
                        UNITED STATES DISTRICT JUDGE