IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Joy Castro                          )
      Plaintiff,              )
                                    )
vs.                                 )    Civil No. 10-2591
                                    )
American Capital Associated, LLC
and Michael T. Szczygiel
                                    )
      Defendant               )
                                    )
                                    )

---

### DEFAULT JUDGMENT

---

Upon the Motion and Affidavit of the plaintiff Joy Castro, filed on June 23, 2011, and pursuant to FRCvP 55(b),

DEFAULT JUDGMENT is entered in favor of the plaintiff, Joy Castro and against the defendant, American Capital Associates, LLC and Michael T. Szczygiel, for damages in the total amount of $4,927.95.

Entered this 27th day of June, 2011.

THOMAS M. GOULD, CLERK

BY: s/J.M. Lee
    Deputy Clerk